# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | |
|---|---|
| Mari Fairman-Painter, formerly Mari Robinson, ) ) ) | |
| Plaintiff, ) ) | **ORDER RE EXTENSION OF TO FILE ANSWER** |
| vs. ) ) | |
| Hartford Life and Accident Insurance Company, ) ) ) | Case No. 1:05-cv-129 |
| Defendant. ) | |

The parties submitted a stipulated agreement to the court giving the defendant until January 13, 2006, to serve and file the appropriate motion, answer, or other response to plaintiff's complaint. It is therefore **ORDERED** that the defendant have until January 13, 2006, to serve its answer to the plaintiff's complaint.

Dated this 30th day of December, 2005.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge